# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

THE CINCINNATI INSURANCE
COMPANY,

      Plaintiff,

v.

VILLAGE PLAZA HOLDINGS, LLC;
FRANK R. SIMON OF SIMON PLC,
as Assignee of VILLAGE PLAZA
HOLDINGS, LLC; THE ESTATE OF
VILLAGE PLAZA HOLDINGS, LLC;
CAMBRIDGE REAL ESTATE, LLC;
MICHAEL HAMAME; BEJJANI LAW,
PLLC; ENDODONTICS, P.C.;
AMERICAN PHYSIO, LLC; ANTO
SIMON; PIONEERING, INC.; and
MUSHTAQ AL-LEATH,

      Defendants.

Hon. Mark A. Goldsmith
Magistrate Judge Elizabeth A. Stafford
Case No. 2:18-cv-12044-MAG-EAS

_____

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT ENDODONTICS, P.C.

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff, The Cincinnati Insurance Company, by and through its counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice and without costs and fees as to Defendant Endodontics, P.C., only.

Respectfully submitted,

*s/Lauren B. McMillen*
Lauren B. McMillen (P71054)
Stephanie M. Brochert (P81710)
PLUNKETT COONEY, P.C.
38505 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
T: (248) 901-4000
F: (248) 901-4040
lmcmillen@plunkettcooney.com
sbrochert@plunkettcooney.com

***Attorneys for Plaintiff***

Dated: November 20, 2019

## CERTIFICATE OF SERVICE

I do hereby certify that on the 20th day of November, 2019, I e-filed via ECF the foregoing ***Notice of Voluntary Dismissal with Prejudice as to Defendant Endodontics, P.C.*** and this ***Certificate of Service*** with the Clerk of the Court which will send notification to all Counsel of Record.

*s/Lauren B. McMillen*
Lauren B. McMillen (P71054)
PLUNKETT COONEY, P.C.

Open.00391.80942.23141469-1