# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, | ) |
| Plaintiff, | ) Case No. 2:18-cv-12044-MAG-EAS |
| vs. | ) Judge Mark A. Goldsmith |
| | ) Magistrate Elizabeth A. Stafford |
| VILLAGE PLAZA HOLDINGS, LLC; FRANK R. SIMON OF SIMON PLC, as Assignee of VILLAGE PLAZA HOLDINGS, LLC; CAMBRIDGE REAL ESTATE, LLC; MICHAEL HAMAME; BEJJANI LAW, PLLC; AMERICAN PHYSIO, LLC; ANTO SIMON; PIONEERING, INC.; and MUSHTAQ AL-LEATH, | ) |
| Defendants. | ) |

_____

## STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff and Defendants, through their undersigned counsel and consistent with the settlement agreement reached among the parties, hereby stipulate to the dismissal of this matter, including all claims, crossclaims, and counterclaims, with prejudice and without attorney fees or costs to any party.

Respectfully Submitted,

| | |
|---|---|
| *s/Lauren B. McMillen* | *s/Nina Korkis Taweel* |
| Lauren B. McMillen (P71054) | Nina Korkis Taweel (P63031) |
| Stephanie M. Brochert (P81710) | THE KORKIS LAW FIRM, PLLC |
| Patrick D. Lannen (P73031) | 1360 Porter Street, Suite 200 |
| PLUNKETT COONEY, P.C. | Dearborn, MI  48124 |

<div style="column-count:2">

38505 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
(248) 901-4000 (Office)
lmcmillen@plunkettcooney.com
sbrochert@plunkettcooney.com
plannen@plunkettcooney.com
**Attorneys for Plaintiff**

(313) 581-5800
nina@korkislaw.com
Michael S. Hale (P51339)
HALE & HIRN, PLLC
21500 Haggerty, Ste. 140
Northville, MI 48167
(248) 692-4012
mhale@hale-lawfirm.com
**Attorneys for Defendants, Village Plaza Holdings, LLC, Cambridge Real Estate and Michael Hamame**

s/*Carla D. Aikens*
Carla D. Aikens (P69530)
Connor B. Gallagher (P82104)
CARLA D. AIKENS, P.C.
615 Griswold Street, Suite 709
Detroit, Michigan 48226
(844) 835-2993
carla@aikenslawfirm.com
connor@aikenslawfirm.com
**Attorneys for Defendants, American Physio LLC and Anto Simon**

s/*Jan Jeffrey Rubinstein*
Jan Jeffrey Rubinstein(P57937)
THE RUBINSTEIN LAW FIRM
30150 Telegraph Road, Suite 444
Bingham Farms, MI 48025
(248) 220-1415
jjrubinstein@yahoo.com
**Attorney for Defendant, Pioneering, Inc.**

s/*John W. Polderman*
John W. Polderman (P65720)
SIMON PLC ATTORNEYS & COUNSELORS
37000 Woodward Avenue, Suite 250
Bloomfield Hills, MI 48304
(248) 720-0290
jpolderman@simonattys.com
**Attorney for Defendants Frank R. Simon, Assignee f/b/o Creditors of Village Plaza Holdings, LLC**

</div>

Dated: April 20, 2021

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, | )  |
| Plaintiff, | ) Case No. 2:18-cv-12044-MAG-EAS |
| vs. | ) Judge Mark A. Goldsmith |
| | ) Magistrate Elizabeth A. Stafford |
| VILLAGE PLAZA HOLDINGS, LLC; FRANK R. SIMON OF SIMON PLC, as Assignee of VILLAGE PLAZA HOLDINGS, LLC; CAMBRIDGE REAL ESTATE, LLC; MICHAEL HAMAME; BEJJANI LAW, PLLC; AMERICAN PHYSIO, LLC; ANTO SIMON; PIONEERING, INC.; and MUSHTAQ AL-LEATH, | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the stipulation between the parties, through their respective counsel, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that this case, including all claims, crossclaims, and counterclaims, is dismissed with prejudice and without costs or attorney fees to be assessed against any party.

**This is a Final Order that closes this case.**

SO ORDERED.

Dated: April 20, 2021             s/Mark A. Goldsmith
    Detroit, Michigan           MARK A. GOLDSMITH
                                               United States District Judge